UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

HERLEY VELEZ,

       Plaintiff,

vs.

COASTAL BUILDING MAINTENANCE, INC.,

       Defendant.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, HERLEY VELEZ, through counsel, sues Defendant, COASTAL BUILDING MAINTENANCE, INC., and alleges the following:

1. This is an action for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, Et. Seq. This Court has supplemental jurisdiction over the state law claim asserted herein pursuant to 28 U.S.C. § 1367.

2. Plaintiff resides in Miami-Dade County, Florida and is a current employee of Defendant.

3. Defendant, COASTAL BUILDING MAINTENANCE, INC., is a Florida corporation with its principal place of business in Miami-Dade County, Florida, is engaged in commerce in the field of building maintenance and cleaning, was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein and along with its employees was engaged in interstate commerce, and had annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendants as a janitor.

5. During part of Plaintiff's employment (specifically from about 3/29/2013 to 10/29/15), Plaintiff accrued approximately $23,388.22 in damages exclusive of liquidated damages.[1]  See Exhibit "A."

6. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

7. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

8. Plaintiff reavers and realleges Paragraphs 1-7 herein.

9. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216 (b), that Plaintiff is entitled to: (i) half time overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

10. Plaintiff seeks recovery of the unpaid overtime, liquidated damages, interest, costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant, plus costs and reasonable attorney's fees, and such other remedy as the Court deems just and appropriate.

---

[1] A good faith estimate is being provided as Plaintiff is not in possession of time records.

## COUNT II
## BREACH OF CONTRACT

11.     Plaintiff reavers and realleges paragraphs 1-7 above.

12.     Defendant COASTAL BUILDING MAINTENANCE, INC. entered into an oral contract to pay Plaintiff wages for serviced performed and further contracted to pay Plaintiff for vacation time.

13.     Plaintiff requested and received authorization from Defendant the use of accrued vacation time from 2/1/16 through 2/21/16 in the amount of $2,038.50.

14.     Defendant failed to pay Plaintiff for his accrued vacation time/wages.

WHEREFORE, Plaintiff demands judgment against Defendant for unpaid wages, interest, attorney's fees and cots pursuant to Fla. Stat. § 448.08 and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Goldberg & Loren, P.A.
100 S. Pine Island Rd.
Suite 132
Plantation, FL 33324
Phone:       (954)585-4878
Facsimile:   (954)585-4886
E-Mail:      JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409

## Herley Velez - Damages Calculation

| Pay Period Ending | Yearly Salary | Weekly Salary | Average Hours Worked | Overtime Worked | Regular Rate of Pay Paid | Amound Owed |
|---|---|---|---|---|---|---|
| 10/29/15 | $35,334.00 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/22/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/15/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/8/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/1/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/24/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/17/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/10/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/3/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/27/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/20/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/13/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/6/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/30/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/23/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/16/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/9/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/2/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/25/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/18/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/11/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/4/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/28/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/21/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/14/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/7/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/30/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/23/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/16/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/9/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/2/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/26/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/19/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/12/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/5/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/26/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/19/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/12/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/5/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/29/15 | | $679.50 | 81 | 41 | $16.99 | $171.97 |

Exhibit "A"

| Date | | | | | |
|---|---|---|---|---|---|
| 1/22/15 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/15/15 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/8/15 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/1/15 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/25/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/18/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/11/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/4/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/27/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/20/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/13/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/6/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/30/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/23/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/16/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/9/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/2/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/25/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/18/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/11/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/4/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/28/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/21/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/14/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/7/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/31/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/24/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/17/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/10/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/3/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/26/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/19/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/12/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/5/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/29/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/22/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/15/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/8/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/1/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/24/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/17/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/10/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/3/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/27/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/20/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |

| Date | Amount | | | | |
|---|---|---|---|---|---|
| 3/13/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/6/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/27/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/20/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/13/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 2/6/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/30/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/23/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/16/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/9/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 1/2/14 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/26/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/19/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/12/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 12/5/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/28/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/21/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/14/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 11/7/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/31/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/24/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/17/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/10/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 10/3/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/26/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/19/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/12/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 9/5/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/29/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/22/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/15/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/8/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 8/1/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/25/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/18/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/11/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 7/4/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/27/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/20/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/13/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 6/6/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/30/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/23/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/16/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 5/9/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |

| Date | Amount | Hours | OT Hours | Rate | OT Pay |
|---|---|---|---|---|---|
| 5/2/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/25/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/18/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/11/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 4/4/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |
| 3/28/13 | $679.50 | 81 | 41 | $16.99 | $171.97 |

| | | | | | |
|---|---|---|---|---|---|
| Unpaid Overtime | | | | | $23,388.22 |
| Total Liquidated Damages | | | | | $23,388.22 |
| Total Damages | | | | | $46,776.44 |